Donald Joseph Jones III  C8401-070
Name and Prisoner/Booking Number

United States Penitentiary Tucson
Place of Confinement

P.O. Box 24550
Mailing Address

Tucson, Az 85734
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
┌──────────────────────────────────────┐
│   ┌─ FILED         ──── LODGED        │
│   ├─ RECEIVED      ──── COPY          │
│   ┌──────────────────────┐           │
│   │                      │           │
│   │     SEP - 6 2022      │           │
│   │                      │           │
│   └──────────────────────┘           │
│     CLERK U S DISTRICT COURT          │
│       DISTRICT OF ARIZONA             │
│ BY                          DEPUTY    │
└──────────────────────────────────────┘
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Donald Joseph Jones III,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) United States,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-00337-TUC-RCC(PSOT)
_____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT**
**BY A PRISONER**

Jury Trial Demanded

☐ Original Complaint
☑ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☑ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☑ Other: FTCA  18 U.S.C 4042 (Failure to Protect) .

2. Institution/city where violation occurred: United States Penitentiary Tucson, AZ.

Revised 12/1/20                              1                              **550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: __United States__.  The first Defendant is employed
as: _____ at_____.
(Position and Title)       (Institution)

2.  Name of second Defendant: _____.  The second Defendant is employed as:
as: _____ at_____.
(Position and Title)       (Institution)

3.  Name of third Defendant: _____.  The third Defendant is employed
as: _____ at_____.
(Position and Title)       (Institution)

4.  Name of fourth Defendant: _____.  The fourth Defendant is employed
as: _____ at_____.
(Position and Title)       (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner? ☐ Yes ☐ No

2.  If yes, how many lawsuits have you filed? _____.  Describe the previous lawsuits:

 a.  First prior lawsuit:
  1.  Parties: _____ v. _____
  2.  Court and case number: _____.
  3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
  _____.

 b.  Second prior lawsuit:
  1.  Parties: _____ v. _____
  2.  Court and case number: _____.
  3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
  _____.

 c.  Third prior lawsuit:
  1.  Parties: _____ v. _____
  2.  Court and case number: _____.
  3.  Result:  (Was the case dismissed?  Was it appealed?  Is it still pending?)_____
  _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Failure to Protect. (Right to be free from introduction of disease or infection while in government custody)

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☒ Threat to safety      ☒ Other: Covid-19 Infection

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

On 11/23/2020 the warden and custody staff decided because 3 inmates tested positive for the Covid-19 virus, they decided instead of moving them out they would move all the rest of us out to UNIT B2, which until that moment was a hot unit. They placed us A/C's from B1 out on the rec yard and moved the infected B2 A/C's to B1. Then they brought us A/C's the former B-1 unit in from the yard and immediately into the vacated cells, without cleaning, disinfecting, or sanitizing the cells first. In B2 the mattresses were stacked out in the middle of the floor, cloth covered sheet covered without its plastic or nylon cover that could be cleaned or disinfected. Just the inside padding wrapped in a sheet. Gradually everyone they moved over had become infected and went right back to B1. From 12/04/2020 when I went back to B-1 through 12/16/2020 I progressively got worse. The electronic finger reads and temp. checks showed nothing. On 12/13/2020 I went to medical could not eat, drink, taste, or smell. Recieved an IV was told I was dehydrated, sent back to unit. 12/16/2020 my cell mate Corey Morehouse hit the panic button was taken to medical, sent to TMC, was diagnosed with renal failure. Had a catheter implanted in my chest for a dialysis machine, which saved my life. I underwent 3 or 4 dialysis treatments and recovered enough not to need the machine yet!

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Caught the Covid-19 virus and went into renal failure. Now I have stage 3-4 chronic kidney disease (CKD) and still failing I can not see how that is recovered.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Was told not a grievance I could file

3

**COUNT II**

1.  State the constitutional or other federal civil right that was violated: Negligence in the sanitation and disinfecting of cells, showers, and mattresses.

2.  **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
    ☐ Basic necessities     ☐ Mail     ☐ Access to the court     ☐ Medical care
    ☐ Disciplinary proceedings     ☐ Property     ☐ Exercise of religion     ☐ Retaliation
    ☐ Excessive force by an officer     ☐ Threat to safety     ☒ Other: Neglicence

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
    In November 2020 was moved to another unit that was housing the infected inmates, without cleaning, sanitizing or disinfecting the unit first. And had to use infected mattresses cloth covered a sheet covered that could not be sanitized or disinfected. Up til this point had continuously tested negative for the COVID-19 virus

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
    My life expectancy due to renal failure and loss of kidney function is diminished and still falling.

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☒ Yes     ☐ No
    b.  Did you submit a request for administrative relief on Count II?     ☒ Yes     ☐ No
    c.  Did you appeal your request for relief on Count II to the highest level?     ☒ Yes     ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Failure to Warn

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings      ☐ Property      ☐ Exercise of religion      ☐ Retaliation
   ☐ Excessive force by an officer      ☐ Threat to safety      ☒ Other: Physical Injury

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Failure to warn that the cells had not been cleaned, sanitized, or disinfected before putting us AIC's into them. Failure to provide clean non-infected mattresses with the plastic covers intact that could be sanitized and disinfected before use, and failure to warn us that they were the same mattresses used by the sick & infected AICS/who they just transferred out.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Caught Covid-19 and went into renal failure. Kidneys still failing, dialysis machine eminent. Life expectancy reduced.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Was told this was not a grievance I could remedy.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

I am seeking damages because my kidney's are still failing and I will be sooner or later required to undergo dialysis treatments for the remainder of my life. Acknowledge that I am not recovered because my kidneys are still failing. $1,500,000.⁰⁰ and all medical care that can be attributed to Chronic kidney Disease (CKD) or my renal failure, to include medications, Labs, dialysis, and possible transplant. I am also claiming Hedonic damages, as well as loss of enjoyment of life damages.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _Aug 31, 2022_
　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_____

(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____

(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.   If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Pg 1

Basis for Claim

On or about July 2020 the inmate population of USP Tucson was trying to deal with the spread of the COVID-19 virus. We were on a "shelter in place" which we were on for some time, in November. Sometime in July the warden decided to make a cadre unit, moving inmates around the compound spreading the covid-19 virus to every unit of the USP, except where the workers quit working. I had no choice because it was my unit that became the cadre unit. I was in the cell with one of my co-workers until he tested positive for the virus, and they moved him to another unit. I still remained negative while testing weekly, in my cell for almost another month. Almost everyone on the unit eventually tested positive, while I remained negative. We eventually had 15 to 20 people remaining on the unit when 3 of them tested positive, and they decided to move all but the 3 to another unit (B2). Which was a hot unit. They sent us outside onto the soccerfield and moved us into their just vacated cells, after they moved the 13 to 15 people from their unit to our unit (B1). Although there was room enough on B2 for the 3. We did not have an opportunity to clean, sanitize, or disinfect the cells, nor had any of that been done for us before we were forced to inhabit the space. Needless to say within a month we were all right back in unit (B1), infected. That would put the date at Dec. 4, 2020. On Dec. 13th I went to medical because I could not taste, or drink water, smell, or eat, I was administered an IV told I was dehydrated and given two ensures and returned to my unit. No one questioned how I was dehydrated sitting in a 78° cell. They came

Pg 2

Basis for Claim
around scanning for temperature and blood pressure
every day. The temperature was always good but the
blood pressure and pulse reads were getting harder to get.
On Dec 16th Corey Morehouse my cell mate said I
looked jaundiced and rang the emergency
buzzer in the cell. I hadn't eaten or drank
anything for almost 3 days and called for me
to be seen by medical. The medical team came
and took me down to the clinic, deemed it an
emergency and called for (TFR) Tucson Fire Rescue
who took me to (TMC) Tucson Medical Center.
There I underwent an invasive procedure to
install a catheter so I could be connected to
a dialysis machine. You see the COVID-19 virus,
caused me to go into renal failure. My kidneys
were shutting down and I was dying. While in
the hospital I did dialysis 2 times a week
until the doctor said I had retained enough of
my kidney function that I do not need to be
on a dialysis machine as yet, but it will
be coming.

P3 3

## Basis for Claim

Now I am on medications I have to continually be pricked by needles to have my blood drawn. so they can keep track of my kidney levels, and see a Nephrologist every 3 or 4 months so they can monitor what stage I'm in. My doctor has told me with this condition comes a reduced life expectancy. I am now stage 3-4 (CKD) Chronic Kidney Disease. They told me if not for my cell mate I would have been # 10. Also now I have my nephrologist telling me I am still losing more percentage of function At this rate I will be on that dialysis machine shortly.

I claim Negligence, failure to warn, failure to protect, and breach of duty.



**U.S. Department of Justice**

**Federal Bureau of Prisons**

*Consolidated Legal Center*
*Federal Correctional Institution*
*37900 N. 45ᵗʰ Avenue*
*Phoenix, Arizona 85086*

February 3, 2022

**VIA CERTIFIED MAIL**
7020 3160 0000 7785 3054

Donald Jones III
Register Number 08401-070
USP Tucson
Post Office Box 24550
Tucson, Arizona   85734

Re:   Administrative Claim No. TRT-WXR-2022-02003

Dear Mr. Jones:

This is in response to the administrative claim submitted to this office under the provisions of the Federal Tort Claims Act, 28 U.S.C. §§ 1346, 2671, et seq.   You seek $1,000,000.00, in compensation for alleged personal injury as a result of events occurring at the United States Penitentiary (USP), Tucson, Arizona, on December 16, 2020.

Investigation fails to disclose any evidence of negligence or other conduct for which the United States is liable.   You have failed to establish that you sustained a loss or personal injury as a result of staff negligence in this matter.

Accordingly, your claim is denied.   If you are not satisfied with this determination, you are afforded six months from the date of the mailing of this letter via certified mail, within which to bring suit in the appropriate United States District Court.

Sincerely,

Dennis M. Wong
Western Regional Counsel

Clay C. Cook
Supervisory Attorney

CCC/ee

cc:   D. Colbert, Acting Complex Warden, FCC Tucson